450 A.2d 1042

Commonwealth v. Tillman, Appellant.

Submitted September 9, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

602

Before HESTER, McEWEN and CIRILLO, JJ.

Judgment of sentence affirmed.